**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**LEVESTER JONES, JR.**                                                                                   **PLAINTIFF**

V.                              **CASE NO.: 2:11CV00224 BD**

**CAROLYN W. COLVIN, Commissioner,**
**Social Security Administration**[1]                                                              **DEFENDANT**

## ORDER

Pending is Plaintiff Levester Jones's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket entry #16) In his motion, Mr. Jones requests fees and expenses in the amount of $1,599.77. The Commissioner does not object to the amount requested. (#18) Accordingly, Mr. Jones's motion (#16) is GRANTED, and he is awarded $1,599.77 in fees and expenses.

Under the Treasury Department's Offset Program ("TOP"), attorney's fee awards are subject to administrative offset if the plaintiff has outstanding federal debts. The Commissioner should contact the Treasury Department to determine whether Mr. Jones owes any debt, as of the date of this Order. If Mr. Jones owes a debt covered by the TOP, the Commissioner must pay the EAJA award directly to him, after deducting any amount owed under the TOP. If Mr. Jones does not owe a debt covered by the TOP, however, the

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration. She has been substituted for named Defendant Michael J. Astrue under Fed.R.Civ.P. 25.

Commissioner is ordered to make the EAJA award check payable directly to Mr. Jones's attorney, Anthony W. Bartels, and mail it to Mr. Bartels.

DATED this 12th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE